Jason Banks Moon, Moon Law Firm, Valdosta, GA, for Defendant–Appellant.

Johnnie Kenon, Estill, SC, pro se.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Jason Moon, appointed counsel for Johnnie Kenon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Kenon's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tishard Romell BROWN, Defendant–**
**Appellant.**

**No. 13–13220**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 27, 2014.

R. Brian Tanner, James D. Durham, Tania D. Groover, Brian T. Rafferty, Ed-

ward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Robert Nason Nye, III, The Nye Law Group, PC, Savannah, GA, Tishard Romell Brown, FCI Coleman Low–Inmate Legal Mail, Coleman, FL, for Defendant–Appellant.

Before PRYOR, MARTIN, and FAY, Circuit Judges.

PER CURIAM:

Robert Nye, appointed counsel for Tishard Brown in this direct criminal appeal, has moved to withdraw from further representation of Brown, arguing that there are no non-frivolous grounds on which Brown could appeal either his conviction or his sentence. Nye filed a brief identifying arguable issues for appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Brown did not respond to Nye's motion to withdraw or the *Anders* brief.

After a careful, independent review of the record, we conclude that there are no non-frivolous grounds on which Brown could base an appeal. For this reason, counsel's motion to withdraw is **GRANTED,** and Brown's conviction and sentence are **AFFIRMED.**